BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
ANGELA L. SCOTT
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00217-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE TRIAL |
| v. | |
| KIMBERLY ENGLISH, | TRIAL DATE: April 12, 2016<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |
| Defendant. | |

The United States of America, by and through its attorneys, Benjamin B. Wagner, United States Attorney, Patrick R. Delahunty and Angela L. Scott, Assistant United States Attorneys, and the defendant, Kimberly English, by and through her attorney, Marc Days, (collectively, the "Parties") jointly stipulate and agree:

1. Whereas, trial in this matter is currently set for April 12, 2016 at 8:30 am.
2. Whereas, the Court's pre-trial order in this case, ECF No. 25, held that:
   a. The Parties shall file their joint proposed and respective disputed proposed jury instructions on April 6, 2016.
   b. The Parties shall file their respective proposed voir dire questions on April 6, 2016.
   c. The government shall file a verdict form on April 6, 2016.
   d. The Parties shall file their respective exhibit lists on April 6, 2016.
   e. The Parties shall file their respective statements of the case on April 6, 2016.

    f.   The Parties shall file their respective motions *in limine* on April 5, 2016 and any oppositions thereto shall be filed on April 9.

3. Whereas, the Parties agree that all of the documents identified in Paragraph 2 shall be filed on the dates specified in the pre-trial order, ECF No. 25.  The parties further agree to request that a hearing regarding these filings shall go forward on April 12, 2016, as identified in the pre-trial order, except that it shall begin at 10 am.

4. Whereas, the Parties agree that the other pre-trial filings described in the pre-trial order shall be continued commensurate with the date selected for new trial, *i.e.,* the Parties respective trial briefs and witness lists shall be filed six-calendar days before the date of the new trial. For example, if trial is set for May 17, 2016, then the Parties shall file their trial briefs and witness lists on May 11, 2016.

5. Whereas, the parties, after consultation with the Court, agree to request that trial be continued to May 17, 2016 at 8:30 am.

6. Whereas, good cause exists to support the request to the continue the trial, because:

    a. Counsel for the defendant indicated to the government in the late afternoon of April 1, 2016 that the daughter of his client, and a potential witness in the defendant's case in chief, was unavailable the week of April 11, 2016 due to the impending birth of that witness's daughter.

    b. The Parties agree that this would probably make the witness unavailable for several weeks.

7. Whereas, it is further stipulated that the time between April 12, 2016 and the date a new trial is selected by the Court, shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and adequate defense preparation considering the factual complexity of the case and the seriousness of the charges involved.

8. Therefore, the Parties agree and jointly stipulate that:

1

a. Except for the Parties trial briefs and witness lists, all other pre-trial filings shall remain due as set forth in the pre-trial order, ECF No. 25, and they jointly request a hearing at 10 am on April 12, 2016 as to any disputes thereto.

b. The trial be continued to May 17, 2016 at 8:30 am.

c. Time shall be excluded between April 12, 2016 and May 17, 2016, or whichever date the Court sets this matter for trial, whichever is later.

Dated: April 5, 2016

/s/ Marc Days
MARC. DAYS
Attorney for Defendant
KIMBERLY ENGLISH


BENJAMIN B. WAGNER
United States Attorney


By: /s/ Patrick R. Delahunty
PATRICK R. DELAHUNTY
Assistant U.S. Attorney
Attorney for the United States

ORDER

The Court, having before it the Parties' stipulation regarding a trial continuance, and having after fully considered the order and prior filings in this case, ORDERS:

1. Except for the Parties trial briefs and witness lists, all other pre-trial filings shall remain due as set forth in the pre-trial order, ECF No. 25,  a **hearing is set for April 12, 2016, at 10:00 am  as to any disputes thereto.**
2. The Court finds good cause and **continues the trial in this matter to May 17, 2016, at 1:00 pm** due to the unavailability of a witness the defendant anticipates calling.
3. That the time between April 12, 2016, and May 17, 2016, shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and adequate defense preparation considering the factual complexity of the case and the seriousness of the charges involved.

IT IS SO ORDERED.

Dated:   **April 5, 2016**                                      _____
                                                                                    UNITED STATES DISTRICT JUDGE