IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY ENGLISH,<br><br>Defendants. | CASE NO. 1:14-CR-00217-DAD-BAM<br><br>ORDER AUTHORIZING FILING OF AMENDED EXHIBIT LIST |

The United States of America is authorized to file with Court the amended exhibit list attached as Exhibit A to its concurrently-filed Application.

IT IS SO ORDERED.

Dated:   **May 3, 2016**            _____
                                                      UNITED STATES DISTRICT JUDGE