IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>KIMBERLY ENGLISH,<br><br>                              Defendants. | CASE NO.  1:14-CR-00217-DAD-BAM<br><br>ORDER AUTHORIZING FILING OF AMENDED WITNESS LIST<br><br>(Doc. 49) |

The United States of America is authorized to file with Court the amended witness list attached as Exhibit A to its concurrently-filed Application.

IT IS SO ORDERED.

Dated:   **May 17, 2016**                         _____
                                                                    UNITED STATES DISTRICT JUDGE

2