PHILLIP A. TALBERT
Acting United States Attorney
PATRICK R. DELAHUNTY
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIMBERLY ENGLISH,<br><br>Defendants. | CASE NO. 1:14-CR-00217-DAD-BAM<br><br>ORDER TO COMPEL TESTIMONY |

On Petition of the United States to compel the testimony of Cenovio Aguado and it appearing to the satisfaction of the Court,

1. That Cenovio Aguado has been placed on writ to testify or provide other information at the trial of United States v. Kimberly English, which begins on May 17, 2016, and

2. That according to the United States, Cenovio Aguado is likely to refuse to answer certain questions or provide other information on the basis of privilege against self-incrimination, and

3. That in the judgment of the United States, the testimony or other information from Cenovio Aguado is necessary to the public interest, and

4. That the aforesaid Petition filed herein has been made with the approval of the Acting Assistant Attorney General of the Tax Division of the Department of Justice, pursuant to the authority vested in her by 18 U.S.C. § 6003 and 28 C.F.R. § 0.175, and with the concurrence of the Criminal Division.

1

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that the said Cenovio Aguado give testimony or provide other information which he refuses to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated at the trial of United States v. Kimberly English.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order (or any information directly or indirectly derived from such testimony or other information) may be used against the witness, Cenovio Aguado, in any criminal case, except a prosecution for perjury, giving a false statement or otherwise failing to comply with this Order.

This Order shall become effective only if after the issuance of this Order Cenovio Aguado refuses to testify or provide other information on the basis of his privilege against self-incrimination.

IT IS SO ORDERED.

Dated:   **May 17, 2016**

*Dale A. Drozd*

UNITED STATES DISTRICT JUDGE