PHILLIP A. TALBERT
Acting United States Attorney
PATRICK R. DELAHUNTY
ANGELA L. SCOTT
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00217-DAD-BAM |
|---|---|
| Plaintiff, | APPLICATION AND **ORDER** TO UNSEAL ECF NO. 75 RE: SEALING ORDER AND NOTICE OF AMENDED FILING OF ECF NO. 76 RE: GOVERNMENT'S SENTENCING MEMORANDUM |
| v. | |
| KIMBERLY ENGLISH, | |
| Defendant. | |

The United States hereby moves to unseal the unredacted the Court's Order regarding sealing of the Government's Sentencing Memorandum (the "Memorandum"). *See* ECF No. 75 (Order). Because the government did not request this Order be under seal (although a typographical error in the caption did create some confusion to that effect), and the Order does not reflect private or protected information of individuals, good cause supports this request. Additionally, the government requests leave to file an amended version of the *redacted* version of the Memorandum (ECF No. 76), consistent with the sealing order (ECF No. 75). Specifically, the government requests leave to file a publically available version of the Memorandum that redacts only Attachments A and B, which is in contrast to ECF No. 75 because ECF No 75 redacted Attachments A, B, and C. In making this request, the government notes that the complete, unredacted version of the Memorandum was served to

//

the defendant on Monday, August 1, 2016.

Dated: August 1, 2016

PHILIP A. TALBERT
Acting United States Attorney

By: /s/ Patrick R. Delahunty
PATRICK R. DELAHUNTY
ANGELA L. SCOTT
Assistant U.S. Attorneys

## **ORDER**

Good cause appearing, it is hereby ORDERED that the Court's order regardind filing of a redacted version of the Government's Supplemental Sentencing Memorandum (the "Memorandum") is unsealed. *See* ECF No. 75 (Order). It is further ordered that the government may file an amended version of the Memorandum in the public record, which, consistent with the Order, redacts only Attachments A and B to the Memorandum. *See id.* (describing redaction).

IT IS SO ORDERED.

Dated: **August 5, 2016**

_____
UNITED STATES DISTRICT JUDGE